LAW OFFICES OF RICHARD P. TOWNE
Richard P. Towne, Esq.
State Bar No. 89606
3400 Cahuenga Boulevard West
Los Angeles, CA 90068
Telephone: 323.874.4044
Facsimile: 323.874.4045
rptowne@yahoo.com

Attorneys for Plaintiffs Reach & Associates
and Bird & Associates

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACH & ASSOCIATES, PA, et al<br><br>Plaintiffs,<br><br>v.<br><br>TAYTON DENCER, et al,<br><br>Defendants. | Case No. 02-6127 DSF (VBKx)<br><br>STIPULATION FOR DISMISSALS PURSUANT TO SETTLEMENT; ORDER THEREON |

WHEREAS, the parties (with the exception of R&T Industries) executed a Settlement Agreement dated June 7, 2005 in this action; and,

WHEREAS, on June 21, 2005, the parties (except R&T Industries, Inc. which was never represented by counsel or otherwise appeared in the action) executed a stipulation for Plaintiffs to Withdraw paragraphs 28-31E of the First Amended Complaint and to Dismiss Counts IV-VII of the First Amended Complaint with Prejudice, and the Court entered an order on June 22, 2005

(which was docketed on June 24, 2005) withdrawing said paragraphs of the First Amended Complaint and dismissing said Counts IV-VII with prejudice; and,

WHEREAS, upon payment of a specified sum to Plaintiffs (which has been paid), Plaintiffs were to file a stipulation to dismiss the remainder of the First Amended Complaint with prejudice as to all Defendants except R&T Industries and Defendants were to file a stipulation to dismiss the counterclaim they filed against Plaintiffs; and,

WHEREAS, on August 2, 2005 the Court closed the case prior to the parties' filing a stipulation to dismiss the remainder of the First Amended Complaint and counterclaim; and,

WHEREAS, the parties desire that the remainder of the First Amended Complaint be dismissed with prejudice and the counterclaim dismissed with prejudice as specified by the Settlement Agreement;

NOW THEREFORE, pursuant to the Settlement Agreement dated June 7, 2005, Plaintiffs and the respective Defendants, by and through their respective counsel, hereby stipulate as follows:

1. The within action is hereby reopened solely for the purpose of filing this stipulation and the entry of this Order.

2. The remainder of Plaintiffs' First Amended Complaint (i.e. that portion that was not dismissed by the Court's previous June 22, 2005 Order) against defendants F. Tayton Dencer, Imperial Rubber Industries, Inc., Imperial Rubber Development Co., Inc., Imperial Rubber of Indiana, Inc., and Imperial Rubber Holdings, Inc., is dismissed with prejudice; and

3. Counter-Claimant Imperial Rubber Industries, Inc. dismisses its Counterclaim against Reach & Associates, PA, and Bird & Associates, PC, with prejudice.

4. No costs shall be awarded to any party.

5. This case is closed.

Dated: June 21, 2007

LAW OFFICES OF RICHARD P. TOWNE

By: _____
Richard P. Towne, Esq.
Attorneys for Reach & Associates, PA
and Bird & Associates, PC

Dated: June 21, 2007

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
David A. French, Esq.
Attorneys for Polymer Global Holdings, Inc.,
as successor to Imperial Rubber Holdings, Inc.,
F. Tayton Dencer, Imperial Rubber Industries,
Inc., Imperial Rubber Development Co., Inc.,

STIPULATION PURSUANT TO SETTLEMENT; CASE NO. CV-02-6127 DSF (VKBx)

1. The within action is hereby reopened solely for the purpose of filing this stipulation and the entry of this Order.

2. The remainder of Plaintiffs' First Amended Complaint (i.e. that portion that was not dismissed by the Court's previous June 22, 2005 Order) against defendants F. Tayton Dencer, Imperial Rubber Industries, Inc., Imperial Rubber Development Co., Inc., Imperial Rubber of Indiana, Inc., and Imperial Rubber Holdings, Inc., is dismissed with prejudice; and

3. Counter-Claimant Imperial Rubber Industries, Inc. dismisses its Counterclaim against Reach & Associates, PA, and Bird & Associates, PC, with prejudice.

4. No costs shall be awarded to any party.

5. This case is closed.

Dated: June 21, 2007

LAW OFFICES OF RICHARD P. TOWNE

By: _____
Richard P. Towne, Esq.
Attorneys for Reach & Associates, PA
and Bird & Associates, PC

Dated: June 21, 2007

MILLER, CANFIELD, PADDOCK AND STONE, PLC

By: _____
David A. French, Esq.
Attorneys for Polymer Global Holdings, Inc.,
as successor to Imperial Rubber Holdings, Inc.,
F. Tayton Dencer, Imperial Rubber Industries,
Inc., Imperial Rubber Development Co., Inc.,

1  Imperial Rubber of Indiana, Inc., and Imperial
2  Rubber Holdings, Inc.
3
4
5  **ORDER**
6  GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.
7
8  Dated: ~~June~~ 9/4, 2007  _____
9  HONORABLE DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION PURSUANT TO SETTLEMENT; CASE NO. CV-02-6127 DSF (VKBX)