1  BIRD, LOECHL, BRITTAIN & McCANTS, LLC
   Wendell R. Bird, P.C., CA SBN 98914
2  wbird@birdlawfirm.com
   1150 Monarch Plaza
3  3414 Peachtree Road NE
   Atlanta, GA 30326
4  (404) 264-9400; Facsimile (404) 365-9731

5  LAW OFFICES OF RICHARD P. TOWNE
   Richard P. Towne, SBN 89606
6  rptowne@yahoo.com
   3400 Cahuenga Boulevard West
7  Los Angeles, CA 90068
   (323) 874 4044; Facsimile (323) 874 4045
8
   Attorneys for Plaintiffs Reach & Associates, P.A.
9  and Bird & Associates, Inc.

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12 | **REACH & ASSOCIATES, P.A., et al.,** | CIVIL ACTION NO.
13 | **Plaintiffs,** | CV 02-6127 DSF (VBKx)
   | v. |
14 | **F. TAYTON DENCER,** | **STIPULATION OF**
15 | **IMPERIAL RUBBER INDUSTRIES, INC.,** | **JUDGMENT**
   | **IMPERIAL RUBBER DEVELOPMENT** | **PURSUANT TO**
16 | **CO., INC.,** | **SETTLEMENT AGREEMENT**
   | **IMPERIAL RUBBER HOLDINGS, INC.**
17 | **a/k/a POLYMER GLOBAL HOLDINGS,**
18 | **INC.,**
   | **IMPERIAL RUBBER OF INDIANA, INC.,**
19 | **R & T INDUSTRIES, INC., et al.,**
20 | **Defendants.**

21  THIS STIPULATION OF JUDGMENT for $67,668 is entered in favor of Plaintiffs and
22  against Defendant IMPERIAL RUBBER HOLDINGS, INC., ALSO KNOWN AS
23  POLYMER GLOBAL HOLDINGS, INC., as follows:
24      1. This Stipulated Judgment in favor of Plaintiffs and against Defendant IMPERIAL
25  RUBBER HOLDINGS, INC., ALSO KNOWN AS POLYMER GLOBAL HOLDINGS,
26  INC., is entered pursuant to the Settlement Agreement dated and signed by the parties on
27  June 7, 2005, which states in paragraph 3(c):
28      (c) If such payment is not timely made, a stipulated judgment may be entered by plain-

tiffs against Imperial Rubber Holdings, Inc. for the unpaid amount of the second $100,000 and the above interest and interest rate without requiring further signature of the parties.

2. That Settlement Agreement is filed herewith as Exhibit 1 to the Declaration of W.R. Bird, along with a Modification of Settlement Agreement as Exhibit 3.

3. The amount due as of today is $67,668, as detailed in that Declaration in paragraph 4. That amount bears interest after today at the rate of 12% per year compounded, as stated in the Settlement Agreement in paragraph 3(b):

> (b) Interest will be paid on the second $100,000 at 6% per year compounded, until the earliest payment date required by paragraph 3(a) [July 9, 2007], and if not then paid, at 12% per year compounded.

4. Notices that this Stipulation of Judgment will be entered have been given to counsel for Defendants on August 23, 2007, September 11, 2007, September 17, 2007, March 5, 2008, March 6, 2008, and other dates. Attempts to meet and confer with Defendants' counsel have been made on those dates and others, but letters of those dates have not been responded to and no calls have been returned by Defendants' counsel.

Dated July 9, 2008, and respectfully submitted,

BIRD, LOECHL, BRITTAIN & McCANTS, LLC

By: /s/ Wendell R. Bird, P.C.
    Wendell R. Bird, P.C.
    Jonathan T. McCants

Attorneys for Plaintiffs

Attachments:

Declaration of W. R. Bird with

**Exhibit 1.  Settlement Agreement (June 7, 2005) (signed handwritten agreement)**

**Exhibit 2.  Settlement Agreement (June 7, 2005) (unsigned typed agreement)**

**Exhibit 3.  Modification of Settlement Agreement (July 9, 2007)**

**Exhibit 4.  Imperial Rubber Holdings Now Polymer Global Holdings (May 2006)**